**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA
Plaintiff,
v. Case No.: 1:21−cr−00071−WES−PAS

Bryan Valdez−Espinosa, et al.
Defendant.

# ARRAIGNMENT ORDER

At the arraignment held on October 22, 2021 pursuant to Fed. R. Crim. P. 10(a), the defendant entered a plea of Not Guilty.

1. **Trial**: The case is assigned to William E. Smith and will be considered ready for trial subject to the continuous trial calendar. Pending trial or disposition, the defendant shall be released.

2. **Discovery**: Pursuant to Fed. R. Crim. P. 16.1(a), counsel shall confer and agree on a timetable and procedures for pretrial disclosure under Fed. R. Crim. P. 16. In addition to information discoverable under Fed. R. Crim. P. 16, the following disclosures shall be made within the same time period:

   a. The Government shall disclose any information or material within the meaning of *Brady v. Maryland*, *Giles v. Maryland*, and *Giglio v. United States*, which tends to negate the guilt of the accused or to reduce his or her punishment for the offense charged.

   b. Whether any wire or oral communications have been intercepted.

   c. If the Government provides pretrial discovery of witness statements and/or the Court orders production of grand jury materials or witness statements, the defendant shall provide reciprocal pretrial discovery to the Government.

3. **Excludable Time**: The defendant's request for additional time to prepare and file pretrial motions is granted. Accordingly, it is ordered that the period from November 12, 2021 to February 11, 2022, a period of 92 days be deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A). The Court finds that the ends of justice are served in allowing the defendant additional time to examine the discovery provided by the Government and to prepare pretrial motions, and this delay outweighs the interests of the public and the defendant in a speedy trial.

4. **Pretrial Motions**: All pretrial motions shall be filed on or before February 11, 2022 and shall conform to LR Cr 12 and LR Cr 47.

It is so ordered.

October 22, 2021

By the Court:

/s/ Patricia A. Sullivan
United States Magistrate Judge