***ADA IRIS ESPINOSA***

Hello judge smith. My name is Ada Iris Espinosa Castillo and I am the mother of Bryan A. Valdez Espinosa. I want to speak regarding my son. I understand these difficult times we are currently going through. I want to confess how much this situation has impacted our lives. Before I mention anything I want to tell you a little bit about our story in the United States Of America. I have been fighting hard for about 10+ years to be legalized in the country. We never asked for any government help like food stamps sec 8 and things of that sort. We never asked for any help, scared that our residence would be rejected for that reason. After some years of fighting, we went through very tough times. I had to beg my first husband in this country so he wouldn't leave me stranded and illegal in a country where we had no family or support but he did anyways. Soon after that Bryan came of age while he was still in high school, then he started to help me with bills at home like rent, groceries, internet, light, etc. Bryan has been extremely helpful and sincerely I do not think I could have done it without my son and still wouldn’t be able to do it alone now. Especially now as things have worsened. I have Married and divorced once again and now my situation is way more complicated because of my medical conditions. I have a big fibroid in the left side of my ovary that has grown to dangerous size. I need to have this fibroid removed almost immediately, recommended by my doctor in the Dominican Republic. My gallbladder was also surgically removed 1 year ago. I continuously bleed all the time as if I was on my period even when I am not. I have been bleeding for a long time. At times I bleed all month long. This has caused me to have anemia and feel Dizzy most of the time and I have not been able to work as much in this condition. My son has to help me with most of the chores around the house and I help him with the minimum stuff, things that I don't have to be standing for a long time or using strength. My son and I are trying to save to pay for this surgery. My condition has worsened and I get these random stomach pain mostly at night where I cannot move because of how severe the pain is. This sadly happens very often and randomly. Judge Smith I please ask you to give my son a second chance. We are all we have for each other and having my son deported would totally break me emotionally. My son is an amazing kid with big dreams and I wish for nothing else than for him to fulfill his dreams the honest and correct way. We have all been young and have made mistakes we later regret but learn from. I please ask you to give him an opportunity in the name of Jesus. I am confident that my son will take this as one of the biggest lessons he's ever had. This situation has impacted our lives dramatically and I am confident that this will make him a greater young adult and more careful. We feel truly sorry for all the victims that were involved in this incident and I am confident that you judge Smith will find the best solution for everyone. Thank you for the opportunity of allowing me to share this with the court.

Sincerely Ada Iris Espinosa Castillo

On date: 01/11/2023