Dear Judge,
Bryan Valdez who has been an invaluable source of support for me and my family since we've met but specially during the ongoing Covid-19 pandemic. His actions during this difficult time have been nothing short of remarkable and truly demonstrate his character as a responsible and selfless individual.
As Bryan's brother's girlfriend, I was one of the family members that fell ill during the pandemic. Bryan opened the doors to his home, putting his health at risk, and allowed me, my mom, and my two little girls to stay with him until we recovered. He would wake up early every day to make the girls breakfast and make sure they were doing well. He and my boyfriend Dricko worked tirelessly to provide for our family, even in the face of financial difficulties and job loss. If it weren't for him, I don't know how I would have been able to support my family during the pandemic. My family and I are extremely thankful for his selflessness and generosity, and hope that this letter represents his true nature.
Yours truly,
Genesis Mora Leon

