My name is Adela Mora Leon and I want to speak about Bryan Valdez. I am the Grandma of Mr. Valdez's nieces. As you know, the Covid-19 pandemic was a tragic time for most families. Many were torn apart, severely sick, and even left jobless as a result. My family was no exception. At the beginning of the pandemic my daughter, granddaughter and I were staying with Bryan and his mom and his brother at their apartment and soon when covid started we all started to feel very ill. I wasn't aware at the time what the cause was or how serious this flu could be. It eventually spread throughout the house and inevitably, my daughter and grandchildren also became really sick. My daughter Genesis lost her job and we had no one else to turn to since the rest of our family lives in Ecuador. That was when Bryan and his brother Dricko stepped in and offered to care for us.

Bryan spent countless hours at home, helping me to recover, keeping me safe, and making sure I was comfortable. He also helped me with my medication and did everything he could to lift my spirits while his brother worked to put food on the table. Bryan's care wasn't only limited to me, however, he also took care of his mother and tried his best to ensure that our entire family was safe and healthy during the pandemic.

I can't stress enough how much Bryan's actions during this difficult time meant to me and my family. He truly went above and beyond to make sure we were all taken care of. I really hope this letter serves as an example of his shining character.

Sincerely,

Adela