Dear Judge Smith,

My name is Jeury Feliz and I have been friends with Bryan for 9+ years. I am writing to express my gratitude and appreciation for the support and guidance that he has provided to me and my family during difficult times. His kindness and compassion have been instrumental in helping me and my loved ones through some of the toughest moments in our lives.

Specifically, I would like to thank him for taking me and my family in when we were homeless and for being there for me when my mother attempted suicide. His actions and support during these times were truly invaluable to me and my family.

Additionally, I would like to thank him for his guidance and advice during my struggles with depression. His belief in me and his teachings on how to be true to myself, gain knowledge, and understand the importance of loyalty have helped me to become a better person.

I am eternally grateful for all that he has done for me and my family. I hope that this letter finds him well and that he continues to help others in need as he has helped me.

Thank you again,

Jeury Feliz

Jeury F.