Bryan Valdez, a friend that became a brother. From him I've learned a lot & I'm older so that says a lot. One of those is to be kind. Ever since the first day we met I remember telling him about my problems. While everybody partied, we talked about how bad things were going for me in my life. He listened without judging & gave me advice. Ever since then we have become inseparable. Playing ball, enjoying all kinds of summer activities, working together making yeeros & then embracing the entrepreneur life. When I needed a place to stay at a point in my life he willingly offered his couch without asking for anything in return & that's something I'll never forget. He ate something, I'll get half. He'll drink something I'll get half. You were a simple stranger who became a brother. Seen me at my best & at my worst & always treated me with the same respect. People like Bryan are important. People like him make life better to know that you have someone there whom you can speak to and enjoy a genuine relationship. His work ethic it's amazing. His passion towards thriving to fight for love and unity. That's one of the things I respect the most about him. I wish for him to keep pushing for better because I already know how it ends. enjoying a life of success, he sure does work for it & for that he deserves it . I appreciate him always & wish him the best things in life. Oh thank you for the free haircuts too, you keep me shining !! - ANGEL RAMOS

A. Ramos
_______________________