Your Honor,

I have a deep respect and admiration for my brother Bryan Valdez. Not only is he my brother, but he is also a kind, compassionate and giving person who has made a mistake.
I understand that Bryan has been in trouble with the law, and I am aware that he may face severe consequences as a result; like his deportation. This breaks my heart. I beg you to consider giving him a second chance. Bryan is not a person who belongs in prison; he is a loving, caring and giving person, even when he has nothing, he still finds a way to give.
I am confident that with the right guidance and support, Bryan can become a better man and a productive member of society. He has the potential to become a great man and I am confident that he will be able to overcome this obstacle and move forward in a positive direction.
I ask you from the bottom of my heart to give my brother one chance to right his wrong.
Thank you for your time and consideration.
Sincerely,
Hendrick Valdez