Your Honor,

I am writing to express my strong support for Bryan Valdez, who is currently facing legal charges. I am confident that you will find, upon further review of his case, that Bryan is a truly caring and compassionate person who always puts others first.

As his girlfriend, I have had the privilege of getting to know Bryan on a personal level and can attest to his character. Although he was unaware of the situation that led to these charges, he is deeply remorseful for any harm or suffering that may have been caused as a result of his actions. Bryan is a deeply religious man who is working to earn forgiveness from God. He has a clear vision of his aspirations and the person he wants to become in the future. He is determined to use his experiences to grow and become a better man.

It is also important to note that this is the only offense Bryan has ever committed. He has learned from this mistake and is committed to making amends. Bryan has a bright future ahead of him, and I firmly believe that he deserves a chance to move forward with his life.

I understand that the legal system must hold individuals accountable for their actions, but I also believe in the power of redemption and forgiveness. Bryan is a kind, caring and compassionate person who has made an unfortunate mistake. I ask that you take into account his character, his remorse, and his willingness to change when making your decision.

I would like to thank you for your time and consideration in this matter.

Sincerely,
Stephanie Diaz