Your Honor,

I am writing to recommend Bryan A. Valdez Espinosa for any matter that concerns his character and behavior. I am the owner of The Taper's Club barbershop in Union City, New Jersey and have known Bryan for the past 7 years.

Mr. Valdez came to my shop looking for work to help support his mother. Since then, I have come to know him as an ambitious and responsible individual. He has grown to become not only an employee, but a good friend and someone I trust deeply. He has also earned the love and respect of my family.

At 38 years old, I have been able to witness Bryan's personal growth and development. He is a compassionate and caring individual, always willing to help others and going above and beyond to support his family and friends. He is also a role model for others, always setting a good example with his actions and behavior.

Throughout the years, I have had the privilege of witnessing Bryan's maturity and his dedication to his community, He is always willing to lend a helping hand, and his presence in the community is always positive.

I understand that the court may have concerns about Bryan's past, but I can assure you that he has made positive changes in his life and is committed to continuing on this path. He is a humane and caring person, and I trust that his actions will reflect that.

Thank you for considering my recommendation. If you have any further questions or need any additional information, please do not hesitate to contact me.

Sincerely,
Vency Reyes



________________