To whom it may concern,

I have known Bryan for over six years and can confidently attest to his character and integrity.

I first met Bryan in high school and we quickly connected through a group of mutual friends.

Since then, Bryan has been a constant presence in my life and someone I have always been able to rely on.

He is a hardworking individual with a wealth of ideas, who is always willing to lend a hand to anyone in need.

He is someone who is willing to listen and offer guidance in a non-judgmental manner.

He has always been a responsible person, with strong moral values and a great sense of justice.

He is someone who is always willing to take responsibility for his actions. I hope that you will take my words into consideration when making your decision and that you will understand that Bryan is a valuable member of our community.

Thank you for your time and consideration.

Sincerely,
Francis Diaz

Please, feel free to contact me at: Email: Francisdiaz3@gmail.com Cell: 201.713.8314